

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
BUFFALO REGIONAL OFFICE

August 21, 2024

Honorable John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

Dear Judge Sinatra,

> RE:   *NIFLA, et al. v. James* (24-cv-514)
> *Summit Life Center, Inc. et. al v. James* (24-cv-741)

Defendant in the above-named actions takes no position as to the motion to consolidate filed by the Plaintiffs in the *Summit Life Center, Inc. et. al v. James* matter (24-cv-741). Regardless of consolidation, Defendant reserves her right to oppose the *Summit* Plaintiffs' motion for a preliminary injunction.

Respectfully submitted,

*Alyssa Jordan Pantzer*
Alyssa Jordan Pantzer