UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL INSTITUTE FOR FAMILY AND LIFE ADVOCATES, GIANNA'S HOUSE, INC., CHOOSE LIFE OF JAMESTOWN, INC. d/b/a OPTIONS CARE CENTER, SUMMIT LIFE CENTER, INC., THE EVERGREEN ASSOCIATION, INC., and EMC FRONTLINE PREGNANCY CENTERS,<br><br>                Plaintiffs,<br><br>vs.<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York.<br><br>                Defendant. | NOTICE OF APPEAL<br><br>Case No. 24-cv-00514-JLS |

**PLEASE TAKE NOTICE** that Defendant Letitia James, sued in her official capacity as Attorney General of the State of New York, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order entered in this matter on August 22, 2024 (ECF No. 37).  This appeal is taken from each and every part of that order.

Dated:   September 18, 2024
Buffalo, New York

                                      LETITIA JAMES
                                      Attorney General of the State of New York
                                        Attorney for Defendants

                                        BY: <u>*/s/ Daniel R. Maguire*</u>
                                        ALYSSA J. PANTZER
                                        DANIEL R. MAGUIRE
                                        Assistant Attorney General, of Counsel
                                        Main Place Tower, Suite 300A
                                        350 Main Street
                                        Buffalo, NY 14202
                                        (716) 853-8400
                                        Alyssa.Pantzer@ag.ny.gov
                                        Daniel.Maguire@ag.ny.gov