UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



NATIONAL INSTITUTE FOR FAMILY
AND LIFE ADVOCATES, GIANNA'S
HOUSE, INC., CHOOSE LIFE OF
JAMESTOWN, INC. d/b/a OPTIONS CARE
CENTER, SUMMIT LIFE CENTER, INC.,
THE EVERGREEN ASSOCIATION, INC.,
and EMC FRONTLINE PREGNANCY
CENTERS,

                         Plaintiffs,

   vs.

LETITIA JAMES, in her official capacity as
Attorney General of the State of New York,

                         Defendant.

ORDER

24-CV-514 (JLS)

     IT IS HEREBY ORDERED that Defendant Letitia James, in her official capacity, as well as her officers, agents, employees, attorneys, and all persons in active concert or participation with her who receive actual notice of the Order, are ENJOINED, effective immediately, from enforcing, or seeking to enforce, New York General Business Law Article 22-A, §§ 349 and 350 and New York Executive Law § 63(1), against Plaintiffs Summit Life Center, Inc., the Evergreen Association, Inc., and EMC Frontline Pregnancy Centers (collectively, the "Summit Plaintiffs"), for making the following statements (or substantially similar statements), directed toward the public—or women considering or in the midst of a chemical abortion—in the Summit Plaintiffs' advertising, public websites, social media platforms,

promotional materials, and resources provided to pregnancy centers (or in substantially similar contexts):

- Statements using the terms "Abortion Pill Reversal" or "APR" related to chemical abortions;
- Statements referring to the APR Hotline or AbortionPillReversal.com;
- Statements indicating that Abortion Pill Reversal (or APR), or progesterone, is safe; and
- Statements that Abortion Pill Reversal (or APR), or progesterone, is effective; and it is further

ORDERED that this injunction shall remain in effect pending disposition of the case on the merits; and it is further

ORDERED that no bond shall be required; and it is further

ORDERED that all proceedings in this action before the United States District Court for the Western District of New York are stayed pending Defendant's appeal to the United States Court of Appeals for the Second Circuit of the Decision and Order entered in this matter on August 22, 2024 (Dkt. 37).

SO ORDERED.

Dated:   September 24, 2024
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE