UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, ET AL,
          Petitioners,

          24-cv-514
          USCA: Enter USCA # if known, or delete

    -v-

          **CLERK'S CERTIFICATE / INDEX**

LETITIA JAMES,
          Defendant.
_____

    I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

    **All documents are available electronically.**

          MARY C. LOEWENGUTH
          Clerk of Court
          United States District Court

          By: s/ Donna
          Deputy Clerk

DATED:    October 17, 2024
          Buffalo, NY