UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, GIANNA'S HOUSE, INC., and CHOOSE LIFE OF JAMESTOWN, INC. d/b/a OPTIONS CARE CENTER,<br><br>     Plaintiffs,<br><br>  vs.<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York.<br><br>     Defendant. | **ANSWER**<br><br><br>Case No. 24-cv-00514-JLS |

Defendant Letitia James, in her official capacity as Attorney General of the State of New York sets forth her answer to the allegations in the complaint (ECF No. 1) ("Complaint") as follows:

1. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint. Paragraph 1 cites to Kim Hayes, *"Really thankful" – New York center welcomes latest abortion pill reversal save*, PREGNANCY HELP NEWS (May 2, 2023), https://perma.cc/B7DR-W5ZK. That documents speaks for itself and provides the best evidence of its contents.

2. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint.

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint.

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint.

6. Defendant denies the allegations contained in paragraph 6 of the Complaint.

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint. Defendant denies the portion of the allegation contained in paragraph 7 of the Complaint that "progesterone treatment might increase her likelihood of survival."

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of paragraph 8 of the Complaint. Paragraph 8 appears to refer to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in the second sentence of paragraph 8 of the Complaint.

9. Paragraph 9 appears to refer to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 9 of the Complaint.

10. Paragraph 10 appears to refer to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to

the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint.

12. Paragraph 12 cites a Notice of Intention to Sue, attached as Exhibit A to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 12 of the Complaint.

13. Defendant denies the allegations contained in paragraph 13 of the Complaint.

14. Defendant denies the allegations contained in paragraph 14 of the Complaint.

15. Defendant denies the allegations contained in paragraph 15 of the Complaint.

16. As to the allegations contained in paragraph 16 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

17. Paragraph 17 of the Complaint is a statement of the proceeding that does not require a response. To the extent the allegations therein could be construed to assert wrongdoing by Defendant, they are denied.

18. The allegations contained in paragraph 18 of the Complaint constitute allegations with respect to jurisdiction, to which a response is not necessary. To the extent the allegations therein could be construed to assert wrongdoing by the Defendant, they are denied.

19. The allegations contained in paragraph 19 of the Complaint constitute allegations with respect to jurisdiction, to which a response is not necessary. To the extent the allegations therein could be construed to assert wrongdoing by the Defendant, they are denied.

20. The allegations contained in paragraph 20 of the Complaint constitute allegations with respect to jurisdiction, to which a response is not necessary. To the extent the allegations therein could be construed to assert wrongdoing by the Defendant, they are denied.

21. The allegations contained in paragraph 21 of the Complaint constitute allegations with respect to venue, to which a response is not necessary. To the extent the allegations therein could be construed to assert wrongdoing by the Defendant, they are denied.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint.

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint.

24. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint.

25. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint.

26. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint.

27.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint.

28.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint.

29.     As to the allegations contained in paragraph 29 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

30.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint.

31.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint.

32.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint.

33.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint.

34.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint.

35.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint.

36.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint.

37.     Defendant lacks knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph 37 of the Complaint.

38. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint.

39. As to the allegations contained in paragraph 39 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

40. As to the allegations contained in paragraph 40 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

41. As to the allegations contained in paragraph 41 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

42. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint.

43. As to the allegations contained in paragraph 43 of the complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

44.    As to the allegations contained in paragraph 44 of the complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, case law, or committed any other wrongdoing.

45.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint.

46.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint.

47.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint.

48.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint.

49.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint.

50.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint.

51.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Complaint.

52.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Complaint.

53.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint.

54.    Defendant lacks knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph 54 of the Complaint.

55.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint.

56.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Complaint.

57.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the Complaint.

58.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint.

59.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the Complaint.

60.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Complaint.

61.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Complaint.

62.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Complaint.

63.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint.

64.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Complaint.

65.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the Complaint.

66.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the Complaint.

67.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of the Complaint.

68.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the Complaint.

69.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the Complaint.

70.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of the Complaint.

71.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of the Complaint.

72.     Paragraph 72 of the Complaint is a statement of the proceeding that does not require a response.  To the extent the allegations therein could be construed to assert wrongdoing by Defendant, they are denied.

73.     Defendant admits the allegations in paragraph 73.

74.     Paragraph 74 appears to refer to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant admits that the Attorney General has the authority to bring enforcement actions for violations of New York Executive Law § 63(12) and New York General Business Law Article 22-A, §§ 349 and 350 and otherwise denies the allegations contained in paragraph 74 of the Complaint.

9

75.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the Complaint.

76.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the Complaint.

77.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of the Complaint.

78.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint. Paragraph 78 cites to *Pregnancy Centers Offer Hope for a New Generation*, Charlotte Lozier Institute (2022), https://perma.cc/WJJ2-45K3. That source speaks for itself and is the best evidence for its contents.

79.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the Complaint.

80.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the Complaint.

81.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Complaint. Paragraph 81 cites to Kavita Vinekar et al., *Early pregnancy confirmation availability at crisis pregnancy centers and abortion facilities in the United States*, 117 Contraception 30 (Sept. 6, 2022), attached as Exhibit B to the Complaint. That document speaks for itself and provides the best evidence of its contents.

82.     Defendant denies the allegations contained in paragraph 82 of the Complaint.

83.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the Complaint. Paragraph 83 cites to Lucie Kolatorova et al., *Progesterone: A Steroid with Wide Range of Effects in Physiology as Well as Human Medicine*, 23 Int'l J. Molecular Sci. 14 (July 2022), attached as Exhibit C to the Complaint. That document speaks for itself and provides the best evidence of its contents.

84.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84 of the Complaint. Paragraph 84 cites to Jessie K. Cable, *Physiology, Progesterone*, STATPEARLS PUBLISHING (Michael H. Grider ed., 2022), attached as Exhibit D to the Complaint. That document speaks for itself and provides the best evidence of its contents.

85.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the Complaint. Paragraph 85 cites to Arri Coomarasamy et al., *PROMISE: first-trimester progesterone therapy in women with a history of unexplained recurrent miscarriages – a randomised, double-blind, placebo-controlled, international multicentre trial and economic evaluation*, 20 HEALTH TECH. ASSESSMENT 41, May 2016, attached as Exhibit E to the Complaint. That document speaks for itself and provides the best evidence of its contents.

86.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of the Complaint. Paragraph 86 cites to N.E. Simmons et al., *The long-term effect of prenatal progesterone treatment on child development, behaviour and health: a systematic review*, 128 BRIT. J. OF OBSTETRICS & GYNAECOLOGY 964, Nov. 2020, attached as Exhibit F to the Complaint. That document speaks for itself and provides the best evidence of its contents.

11

87.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of the Complaint. Paragraph 87 cites to Gian Carlo Di Renzo et al., *Progesterone: History, facts, and artifacts*, 69 BEST PRACTICE & RSCH. CLINICAL OBSTETRICS & GYNAECOLOGY 2, 9 (2020), attached as Exhibit G to the Complaint. That document speaks for itself and provides the best evidence of its contents.

88.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the Complaint. Paragraph 88 cites to Lucie Kolatorova et al., *Progesterone: A Steroid with Wide Range of Effects in Physiology as Well as Human Medicine*, 23 Int'l J. Molecular Sci. 14 (July 2022), attached as Exhibit C to the Complaint. That document speaks for itself and provides the best evidence of its contents.

89.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of the Complaint. Paragraph 89 cites to Letter from Lisa Rarick M.D., Food and Drug Admin. to Joseph Lamendola, Ph.D., Schering Corp. (Dec. 16, 1998), https://perma.cc/M7T7-VSDL. That document speaks for itself and provides the best evidence of its contents.

90.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of the Complaint. Paragraph 90 cites to Prometrium Label, at 19, U.S. FOOD AND DRUG ADMINISTRATION, https://perma.cc/CR46-2FTS; *Prometrium Prescribing Information*, DRUGS.COM, https://perma.cc/RDN3-WNQ8; EMILY OSTER, EXPECTING BETTER, 169 (2016); Jessica C. Leek & Hasan Arif, *Pregnancy Medications*, STATPEARLS PUBLISHING (Jul. 24, 2023), https://perma.cc/KL52-74KM. These documents speak for themselves and provide the best evidence of their contents.

91.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of the Complaint.

92.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of the Complaint. Paragraph 92 cites to Agata Bodie, CONG. RSCH. SERV., R45792, *Off-Label Use of Prescription Drugs* 10 (Feb. 23, 2021), attached as Exhibit H to the Complaint; and *Washington Legal Found. v. Henney*, 202 F.3d 331, 333 (D.C. Cir. 2000). These documents speak for themselves and provide the best evidence of their contents.

93.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of the Complaint. Paragraph 93 cites Citizen Petition Regarding the Food and Drug Administration's Policy on Promotion of Unapproved Uses of Approved Drugs and Devices; Request for Comments, 59 Fed. Reg. 59820-01, 59821 (Nov. 18, 1994), https://perma.cc/A5UJ-C5YL; and *Buckman Co. v. Plaintiffs' Legal Comm.*, 531 U.S. 341, 350 (2001). These documents speak for themselves and provide the best evidence of their contents.

94.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of the Complaint.

95.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of the Complaint.

96.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the Complaint. Paragraph 96 cites to *Ectopic pregnancy and miscarriage: diagnosis and initial management*, NATIONAL INSTITUTE FOR HEALTH AND CARE EXCELLENCE (NICE) (updated Nov. 24, 2021), (Guideline NG126,

13

Recommendation 1.5.2), attached as Exhibit I to the Complaint. That document speaks for itself and provides the best evidence of its contents.

97. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 97 of the Complaint. Paragraph 97 cites to *Ectopic pregnancy and miscarriage: diagnosis and initial management*, NATIONAL INSTITUTE FOR HEALTH AND CARE EXCELLENCE (NICE), 16 (Nov. 2021), attached as Exhibit J to the Complaint. That document speaks for itself and provides the best evidence of its contents.

98. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the Complaint. Paragraph 98 cites to Arri Coomarasamy et al., *A Randomized Trial of Progesterone in Women with Bleeding in Early Pregnancy*, 380 NEW ENG. J. MED. 1815 (2019), attached as Exhibit K to the Complaint. That document speaks for itself and provides the best evidence of its contents.

99. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 99 of the Complaint.

100. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of the Complaint. Paragraph 100 cites to Arri Coomarasamy et al., *PROMISE: first-trimester progesterone therapy in women with a history of unexplained recurrent miscarriages – a randomised, double-blind, placebo-controlled, international multicentre trial and economic evaluation*, 20 HEALTH TECH. ASSESSMENT 41, May 2016, attached as Exhibit E to the Complaint. That document speaks for itself and provides the best evidence of its contents.

101. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of the Complaint.

102.    Defendant admits that the medication abortion regimen approved by the Federal Drug Administration consists of mifepristone and misoprostol. Defendant otherwise denies the remaining allegations contained in paragraph 102 of the Complaint.

103.    For the first sentence of Paragraph 103, Defendant admits that in 2000 the Federal Drug Administration ("FDA") approved the two-drug regimen of mifepristone and misoprostol. For the second sentence of Paragraph 103, Defendant admits that under the current FDA-approved protocol, a pregnant person takes a 200mg dose of mifepristone orally, followed 24 to 48 hours later by an 800mcg dose of misoprostol buccally (in the cheek pouch). Paragraph 103 cites to *Summary Review for Regulatory Action*, FDA (Mar. 29, 2016), https://perma.cc/F468-UFEJ. That document speaks for itself and is the best evidence for its contents. To the extent a further response is required, Defendant denies the remaining allegations contained in paragraph 103 of the Complaint.

104.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 104 of the Complaint. Paragraph 104 cites to Springer US, *The Antiprogestin Steroid RU 486 and Human Fertility Control* (Etienne-Emile Baulieu & Sheldon J. Segal eds., 1985), attached as Exhibit L to the Complaint. That document speaks for itself and provides the best evidence of its contents.

105.    Defendant admits that mifepristone is a "drug that blocks a hormone called progesterone that is needed for a pregnancy to continue." Paragraph 105 cites to *Questions and Answers on Mifepristone for Medical Termination of Pregnancy Through Ten Weeks Gestation*, U.S. FOOD AND DRUG ADMINISTRATION, https://perma.cc/5XDY-Q4T3. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the remaining allegations contained in paragraph 105 of the

Complaint.

106.    Paragraph 106 cites to Mary L. Davenport et al., *Embryo Survival After Mifepristone: A Systematic Review of the Literature*, 32 ISSUES L. & MED. 1 (2017), attached as Exhibit M to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 106 of the Complaint.

107.    Defendant admits to the allegations contained in paragraph 107 of the Complaint.

108.    Defendant denies the allegations contained in paragraph 108 of the Complaint.

109.    Paragraph 109 cites to *Highlights of Prescribing Information*, MIFEPREX (mifepristone) tablets, for oral use, U.S. FOOD AND DRUG ADMINISTRATION (Mar. 2016), https://perma.cc/4895-X457. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 109 of the Complaint.

110.    Paragraph 110 cites to Risk Evaluation and Mitigation Strategies, U.S. FOOD AND DRUG ADMINISTRATION (May 16, 2023), https://bit.ly/4aF77VU. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 110 of the Complaint.

111.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 111 of the Complaint.

112.    Paragraph 112 quotes from *Highlights of Prescribing Information*, MIFEPREX (mifepristone) tablets, for oral use, U.S. FOOD AND DRUG ADMINISTRATION (Mar. 2016), https://perma.cc/4895-X457. The full quote from that document states: "Serious and sometimes fatal infections and bleeding occur very rarely following spontaneous, surgical, and medical

16

abortions, including following MIFEPREX use." That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 112 of the Complaint.

113.    Paragraph 113 cites to *Highlights of Prescribing Information*, MIFEPREX (mifepristone) tablets, for oral use, U.S. FOOD AND DRUG ADMINISTRATION (Mar. 2016), https://perma.cc/4895-X457. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 113 of the Complaint.

114.    Paragraph 114 cites to *Highlights of Prescribing Information*, MIFEPREX (mifepristone) tablets, for oral use, U.S. FOOD AND DRUG ADMINISTRATION (Mar. 2016), https://perma.cc/4895-X457. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 114 of the Complaint.

115.    Paragraph 115 cites to *Highlights of Prescribing Information*, MIFEPREX (mifepristone) tablets, for oral use, U.S. FOOD AND DRUG ADMINISTRATION (Mar. 2016), https://perma.cc/4895-X457. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 115 of the Complaint.

116.    Paragraph 116 cites to *Medication Guide, Mifeprex (mifepristone) tablets, for oral use*, U.S. FOOD AND DRUG ADMINISTRATION (Mar. 2016), https://perma.cc/NLV6-JB49. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 116 of the Complaint.

117. Paragraph 117 cites to News Release, *Medication Abortions Accounted for 63% of All US Abortions in 2023, an Increase from 53% in 2020*, GUTTMACHER INSTITUTE (Mar. 19, 2024), https://perma.cc/D2EP-CPTH. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 117 of the Complaint.

118. Defendant denies the allegations contained in paragraph 118 of the Complaint.

119. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of the Complaint.

120. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 120 of the Complaint. Paragraph 120 cites to Lauren Aratani, *Texas man faces charges for allegedly slipping abortion drug in wife's drink*, THE GUARDIAN (Nov. 14, 2022), https://perma.cc/8NJD-3SSF; *Civil servant guilty of spiking drink with abortion drug*, BBC NEWS (May 3, 2022), https://perma.cc/U43C-C2VU; Andy Wells, *NHS nurse struck off for supplying abortion pills to man who 'force-fed' them to pregnant partner*, YAHOO!NEWS (Sept. 23, 2021), https://perma.cc/G88T-AXHX; Kevin Murphy, *Abortion-drug dealer pleads guilty, linked to Grand Rapids man accused of poisoning pregnant woman's drink*, WISCONSIN RAPIDS TRIBUNE (Mar. 5, 2020), https://perma.cc/4JSV-AJ64; Kristine Phillips, *A doctor laced his ex-girlfriend's tea with abortion pills and got three years in prison*, THE WASHINGTON POST (May 19, 2018), https://perma.cc/W7QM-Q9VZ; Loulla-Mae Eleftheriou-Smith, *Man forced exgirlfriend to miscarry after secretly feeding her abortion pills in a smoothie*, INDEPENDENT (Mar. 13, 2015), https://perma.cc/KJF4-E9VX; Lateef Mungin, *Man pleads guilty to tricking pregnant girlfriend into taking abortion pill*, CNN (Sept. 10, 2013), https://perma.cc/RT4R-6LLL. These documents speak for themselves and provide the

best evidence of their contents.

121.    Defendant denies the allegations contained in paragraph 121 of the Complaint.

122.    Paragraph 122 cites to Barbara J. Pleuvry, *Receptors, agonists and antagonists*, 5 ANAESTHESIA & INTENSIVE CARE MEDICINE 10 (2004), attached as Exhibit N to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 122 of the Complaint.

123.    Defendant denies the allegations contained in paragraph 123 of the Complaint.

124.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 124 of the Complaint.

125.    Defendant denies the allegations contained in paragraph 125 of the Complaint.

126.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 126 of the Complaint. Paragraph 126 cites to Shingo Yamabe et al., *The effect of RU486 and progesterone on luteal function during pregnancy*, 65 FOLIA ENDOCRINOLOGICA JAPONICA 497 (1989), attached as Exhibit O to the Complaint. That document speaks for itself and provides the best evidence of its contents.

127.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 127 of the Complaint.

128.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 128 of the Complaint.

129.    Paragraph 129 appears to refer to George Delgado et al., *A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone*, 33 ISSUES L. & MED. 21, 24-25 (2018), attached as Exhibit P to the Complaint. That document speaks for itself

and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 129 of the Complaint.

130.   Paragraph 130 cites to George Delgado et al., *A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone*, 33 ISSUES L. & MED. 21, 24-25 (2018), attached as Exhibit P to the Complaint, and George Delgado et al., *Progesterone use to reverse the effects of mifepristone*, 46 ANNALS PHARMACOTHERAPY 1723, 1723 (2012), attached as Exhibit Q to the Complaint. These documents speak for themselves and provide the best evidence of their contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 130 of the Complaint.

131.   Paragraph 131 cites to George Delgado et al., *A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone*, 33 ISSUES L. & MED. 21, 24-25 (2018), attached as Exhibit P to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 131 of the Complaint.

132.   Paragraph 132 appears to refer to George Delgado et al., *A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone*, 33 ISSUES L. & MED. 21, 24-25 (2018), attached as Exhibit P to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 132 of the Complaint.

133.   Paragraph 133 cites to George Delgado et al., *A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone*, 33 ISSUES L. & MED. 21, 24-25 (2018), attached as Exhibit P to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant

denies the allegations contained in paragraph 133 of the Complaint.

134.    Paragraph 134 cites to George Delgado et al., *A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone*, 33(1) Issues L. & Med. 21 (2018), attached as Exhibit P to the Complaint, and Mary L. Davenport et al., *Embryo Survival After Mifepristone: A Systematic Review of the Literature*, 32(1) Issues L. & Med. (2017), attached as Exhibit M to the Complaint.  Those documents speak for themselves and provide the best evidence of their contents.  To the extent a further response is required, Defendant denies the allegations in Paragraph 134 of the Complaint.

135.    Paragraph 135 cites to George Delgado et al., *A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone*, 33 ISSUES L. & MED. 21, 24-25 (2018), attached as Exhibit P to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 135 of the Complaint.

136.    Paragraph 136 cites to George Delgado et al., *A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone*, 33 ISSUES L. & MED. 21, 24-25 (2018), attached as Exhibit P to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 136 of the Complaint.

137.    Paragraph 137 appears to refer to George Delgado et al., *A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone*, 33 ISSUES L. & MED. 21, 24-25 (2018), attached as Exhibit P to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 137 of the Complaint.

138.    Paragraph 138 cites to Christina Camilleri & Stephen Sammut, *Progesterone-mediated reversal of mifepristone-induced pregnancy termination a rat model: an exploratory investigation*, 13 SCIENTIFIC REPORTS 10942 (2023), attached as Exhibit R to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 138 of the Complaint.

139.    Paragraph 139 appears to refer to Christina Camilleri & Stephen Sammut, *Progesterone-mediated reversal of mifepristone-induced pregnancy termination a rat model: an exploratory investigation*, 13 SCIENTIFIC REPORTS 10942 (2023), attached as Exhibit R to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 139 of the Complaint.

140.    Paragraph 140 cites to Paul L.C. DeBeasi et al., *Mifepristone Antagonization with Progesterone to Avert Medication Abortion: A Scoping Review*, 90 THE LINACRE QUARTERLY 395 (July 2023), attached as Exhibit S to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 140 of the Complaint.

141.    Paragraph 141 cites to *2022 Impact Report*, HEARTBEAT INTERNATIONAL, https://perma.cc/6AWXGF87; Fox 11 Los Angeles, *Woman shares story of abortion pill reversal*, YOUTUBE (May 4, 2022), https://perma.cc/2S39-JQGX; Heartbeat International, *Sarah's Story*, VIMEO (Sept. 22, 2023), https://vimeo.com/867342614; Heartbeat International, *Krystle's APR Story*, VIMEO (Sept. 29, 2023), https://vimeo.com/869600792; Heartbeat International, *Sara's Story*, VIMEO (Sept. 16, 2023), https://vimeo.com/865197386. These

sources speak for themselves and provide the best evidence of their contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 141 of the Complaint.

142. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 142 of the Complaint. Paragraph 142 cites to Ruth Graham, *A New Front in the War Over Reproductive Rights: 'Abortion-Pill Reversal,'* THE NEW YORK TIMES MAGAZINE (July 18, 2017), https://perma.cc/CGV2M8J6. That document speaks for itself and provides the best evidence of its contents.

143. As to the allegations contained in paragraph 143 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

144. As to the allegations contained in paragraph 144 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

145. As to the allegations contained in paragraph 145 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most

accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

146.    As to the allegations contained in paragraph 146 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

147.    As to the allegations contained in paragraph 147 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

148.    As to the allegations contained in paragraph 148 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

149.    As to the allegations contained in paragraph 149 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant

respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

150. As to the allegations contained in paragraph 150 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

151. As to the allegations contained in paragraph 151 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

152. As to the allegations contained in paragraph 152 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

153. As to the allegations contained in paragraph 153 of the Complaint, Defendant

25

neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

154.    As to the allegations contained in paragraph 154 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

155.    As to the allegations contained in paragraph 155 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

156.    Defendant denies the allegations contained in paragraph 156 of the Complaint.

157.    Paragraph 157 cites a Notice of Intention to Sue, attached as Exhibit A to the Complaint. That document speaks for itself and provides the best evidence of its contents. Defendant admits that on April 22, 2024, Defendant sent via certified mail notices of intention to sue to the entities named in those notices and that the Notice of Intention to Sue, attached as Exhibit A to the Complaint, is one of those notices of intention to sue. To the extent a further

26

response is required, Defendant denies the remaining allegations contained in paragraph 157 of the Complaint.

158.    Paragraph 158 cites a Notice of Intention to Sue, attached as Exhibit A to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 158 of the Complaint.

159.    Paragraph 159 cites a Notice of Intention to Sue, attached as Exhibit A to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 159 of the Complaint.

160.    Paragraph 160 cites to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. Defendant admits that on May 6, 2024, Defendant filed the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. To the extent a further response is required, Defendant denies the remaining allegations contained in paragraph 160 of the complaint.

161.    Defendant denies the allegations contained in paragraph 161 of the Complaint.

162.    Paragraph 162 refers to a Notice of Intention to Sue, attached as Exhibit A to the Complaint. That document speaks for itself and provides the best evidence of its contents. Paragraph 162 cites to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a

27

further response is required, Defendant denies the allegations contained in paragraph 162 of the Complaint.

163.    Paragraph 163 refers to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 163 of the Complaint.

164.    Paragraph 164 refers to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 164 of the Complaint.

165.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 165 of the Complaint.

166.    Defendant denies the allegations contained in paragraph 166 of the Complaint.

167.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 167 of the Complaint.

168.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 168 of the Complaint.

169.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 169 of the Complaint.

170.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 170 of the Complaint.

171.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 171 of the Complaint.

172.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 172 of the Complaint about NIFLA's "various statements about progesterone treatment to its New York members." Defendant otherwise denies the truth of the allegations contained in paragraph 172 of the Complaint.

173.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 173 of the Complaint.

174.    Paragraph 174 cites the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 174 of the Complaint.

175.    Paragraph 175 refers to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 175 of the Complaint.

176.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 176 of the Complaint.

177.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 177 of the Complaint.

178.    Defendant lacks knowledge or information sufficient to form a belief as to the

29

truth of the allegations contained in paragraph 178 of the Complaint.

179.    Paragraph 179 refers to "Exhibit AA." Plaintiffs did not attach an Exhibit AA to the Complaint. To the extent a further response is required, Defendant denies the allegations in paragraph 179.

180.    Paragraph 180 cites the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations in paragraph 180.

181.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 181 of the Complaint.

182.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 182 of the Complaint.

183.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 183 of the Complaint.

184.    Paragraph 184 cites the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations in paragraph 184.

185.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 185 of the Complaint.

186.    Paragraph 186 refers to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the

extent a further response is required, Defendant denies the allegations contained in paragraph 186 of the Complaint.

187.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 187 of the Complaint.

188.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 188 of the Complaint.

189.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 189 of the Complaint.

190.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 190 of the Complaint.

191.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 191 of the Complaint.

192.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 192 of the Complaint.

193.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 193 of the Complaint.

194.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 194 of the Complaint.

195.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 195 of the Complaint.

196.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 196 of the Complaint.

197.    Defendant lacks knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph 197 of the Complaint.

198. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 198 of the Complaint.

199. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 199 of the Complaint.

200. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 200 of the Complaint.

201. Paragraph 201 refers to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 201 of the Complaint.

202. Paragraph 202 refers to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 202 of the Complaint.

203. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 203 of the Complaint.

204. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 204 of the Complaint.

205. Paragraph 205 cites the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the

Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 205 of the Complaint.

206.    Paragraph 206 refers to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 206 of the Complaint.

207.    Paragraph 207 refers to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 207 of the Complaint.

208.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 208 of the complaint. Paragraph 208 refers to *Abortion Pill Rescue Network*, HEARTBEAT INTERNATIONAL, https://perma.cc/Y5DH-T6S5. Paragraph 208 also refers to "Gianna's House Abortion Information." attached as Exhibit V to the Complaint. These documents speak for themselves and provide the best evidence of their contents.

209.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 209 of the Complaint.

210.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 210 of the Complaint.

211.     Paragraph 211 refers to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 211 of the Complaint.

212.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 212 of the Complaint.

213.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 213 of the Complaint.

214.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 214 of the Complaint.

215.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 215 of the Complaint. Paragraph 215 cites to ABORTION PILL REVERSAL, https://abortionpillreversal.com/; and *Overview*, ABORTION PILL REVERSAL, https://perma.cc/4AFK-QPWF.  Those documents speak for themselves and provide the best evidence of their contents.

216.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 216 of the Complaint.

217.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 217 of the Complaint. Paragraph 217 appears to refer to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents.

218.     Paragraph 218 refers to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 218 of the Complaint.

219.     Paragraph 219 refers to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 219 of the Complaint.

220.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 220 of the Complaint.

221.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 221 of the Complaint.

222.     Paragraph 222 refers to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 222 of the Complaint.

223.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 223 of the Complaint.

224.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 224 of the Complaint.

35

225.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 225 of the Complaint.

226.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 226 of the Complaint. Paragraph 226 cites a tweet by Options Care Center, attached as Exhibit W to the Complaint. Paragraph 226 also cites Katie Franklin, *Missouri mom reverses chemical abortion amidst pandemic lockdown, saves unborn baby*, PREGNANCY HELP NEWS (June 15, 2020), https://perma.cc/ZZ6L-A429. These documents speak for themselves and provide the best evidence of their contents.

227.    Paragraph 222 refers to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 227 of the Complaint.

228.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 228 of the Complaint.

229.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 229 of the Complaint.

230.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 230 of the Complaint.

231.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 231 of the Complaint.

232.    Paragraph 222 refers to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the

Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 232 of the Complaint.

233. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 233 of the Complaint.

234. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 234 of the Complaint.

235. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 235 of the Complaint.

236. Defendant denies the allegations contained in paragraph 236 of the Complaint.

237. Defendant denies the allegations contained in paragraph 237 of the Complaint.

238. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation that "Plaintiffs do not believe that their past statements about progesterone treatment violate a proper understanding of New York law," and otherwise denies the allegations contained in paragraph 238 of the Complaint. Paragraph 238 appears to refer to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents.

239. Defendant denies the allegations contained in paragraph 239 of the Complaint.

240. Paragraph 240 cites to NY AG James (@NewYorkStateAG), X (May 3, 2022, 8:44 PM), https://perma.cc/2BUP-CJJZ. This source speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 240 of the Complaint.

241.    Paragraph 241 cites to NY AG James (@NewYorkStateAG), X (May 3, 2022, 11:17 AM), https://perma.cc/X9N7-LC69; NY AG James (@NewYorkStateAG), X (Jan. 28, 2020, 5:19 PM), https://perma.cc/6EDW-D95Y. These sources speak for themselves and provide the best evidence of their contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 241 of the Complaint.

242.    Paragraph 242 cites to Ben Max & Ben Brachfeld, *The Week Ahead in New York Politics*, September 24, GOTHAM GAZETTE, (Sep. 23, 2018), https://perma.cc/34MU-64A4; PPNYC Votes PAC, *Planned Parenthood NYC Votes PAC Raises $225,000 to Strengthen Sexual & Reproductive Health Care in New York*, PR NEWSWIRE, (Oct. 23, 2019), https://perma.cc/XWU6-REG5; Conçetta Ciarlo, *Planned Parenthood of Greater NY Hosts its Spring Into Action Gala*, VOGUE, (Mar. 14, 2023), https://perma.cc/6M6N-7JWN. These documents speak for themselves and provide the best evidence of their contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 242 of the Complaint.

243.    Defendant admits that prior to being elected Attorney General, Attorney General James was the Public Advocate for the City of New York. Paragraph 243 cites to Letitia James & Andrea Miller, *With Fake Clinics Proliferating, New Yorkers Should Know Their Reproductive Health Care Rights*, GOTHAM GAZETTE, (Sep. 24, 2018), https://perma.cc/6AMY-82DQ. This document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 243 of the Complaint.

244.    Paragraph 244 cites to Jillian Jorgensen, *AG candidate Letitia James would seek broad authority to prosecute those who block abortion clinics*, NEW YORK DAILY NEWS,

(Jul. 26, 2018), https://perma.cc/3QE7-EYQC. This document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 244 of the Complaint.

245.    Paragraph 245 cites to Jillian Jorgensen, *AG candidate Letitia James would seek broad authority to prosecute those who block abortion clinics*, NEW YORK DAILY NEWS, (Jul. 26, 2018), https://perma.cc/3QE7-EYQC. This document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 245 of the Complaint.

246.    Paragraph 246 cites to Jillian Jorgensen, *AG candidate Letitia James would seek broad authority to prosecute those who block abortion clinics*, NEW YORK DAILY NEWS, (Jul. 26, 2018), https://perma.cc/3QE7-EYQC. This document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 246 of the Complaint.

247.    Paragraph 247 cites to Letitia James & Andrea Miller, *With Fake Clinics Proliferating, New Yorkers Should Know Their Reproductive Health Care Rights*, GOTHAM GAZETTE, (Sep. 24, 2018), https://perma.cc/6AMY-82DQ. This document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 247 of the Complaint.

248.    Paragraph 248 cites to Letitia James & Andrea Miller, *With Fake Clinics Proliferating, New Yorkers Should Know Their Reproductive Health Care Rights*, GOTHAM GAZETTE, (Sep. 24, 2018), https://perma.cc/6AMY-82DQ. This document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 248 of the Complaint.

249.     Paragraph 249 cites to Letitia James & Andrea Miller, *With Fake Clinics Proliferating, New Yorkers Should Know Their Reproductive Health Care Rights*, GOTHAM GAZETTE, (Sep. 24, 2018), https://perma.cc/6AMY-82DQ. This document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 249 of the Complaint.

250.     Paragraph 250 cites to Letitia James & Andrea Miller, *With Fake Clinics Proliferating, New Yorkers Should Know Their Reproductive Health Care Rights*, GOTHAM GAZETTE, (Sep. 24, 2018), https://perma.cc/6AMY-82DQ. This document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 250 of the Complaint.

251.     Paragraph 251 cites to Letitia James & Andrea Miller, *With Fake Clinics Proliferating, New Yorkers Should Know Their Reproductive Health Care Rights*, GOTHAM GAZETTE, (Sep. 24, 2018), https://perma.cc/6AMY-82DQ. This document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 251 of the Complaint.

252.     Paragraph 252 appears to cite to Letitia James & Andrea Miller, *With Fake Clinics Proliferating, New Yorkers Should Know Their Reproductive Health Care Rights*, GOTHAM GAZETTE, (Sep. 24, 2018), https://perma.cc/6AMY-82DQ. This document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 252 of the Complaint.

253.     Paragraph 253 cites to *Reproductive Rights*, OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL, https://perma.cc/6RCA-Q4NU. This source speaks for itself

and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 253 of the Complaint.

254.     Paragraph 254 cites to *Find a Clinic You Can Trust*, NATIONAL NETWORK OF ABORTION FUNDS, https://perma.cc/6E65-BTKR. This source speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 254 of the Complaint.

255.     Paragraph 255 cites to *Reproductive Rights*, OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL, https://perma.cc/6RCA-Q4NU. This source speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 255 of the Complaint.

256.     Paragraph 256 cites to *Attorney General Letitia James, How New York protects your right to reproductive health care*, OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL, https://perma.cc/KFU6-MYAS. This source speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 256 of the Complaint.

257.     As to the allegations contained in paragraph 257 of the Complaint that contain legal conclusions, Defendant neither admits nor denies those allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing. Paragraph 257 cites to NY AG James (@NewYorkStateAG), X (Mar. 9, 2023, 1:38 PM), https://perma.cc/HU38-P8F6; NY AG James (@NewYorkStateAG), X (Jun. 24, 2022, 10:18 AM), https://perma.cc/Q8YN-

7MYF; NY AG James (@NewYorkStateAG), X (Jun. 3, 2022, 12:35 PM), https://perma.cc/227H-AU5H, NY AG James (@NewYorkStateAG), X (Jun. 24, 2022, 10:18 AM), https://perma.cc/84M8-TX3X. These sources speak for themselves and provide the best evidence of their contents. To the extent a further response is required, Defendant denies the remaining allegations contained in paragraph 257 of the Complaint.

258.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 258 of the Complaint. Paragraph 258 cites to Geoff Mulvihill, *Abortion is still consuming US politics and courts 2 years after a Supreme Court draft was leaked*, ASSOCIATED PRESS, (May 2, 2024), https://perma.cc/PDV8-VF9S; Jonah McKeown, *TRACKER: Pro-abortion attacks in the U.S. continue (updated)*, CATHOLIC NEWS AGENCY, (Jul. 21, 2022), https://perma.cc/CV4N-YGKB; WCCO News Staff, *Vandals target Minneapolis pregnancy center*, CBS NEWS, (Mar. 4, 2023), https://perma.cc/YUG3-TFQZ; Francis X. Donnelly, *Pro-life pregnancy center in Eastpointe, board member's house spray-painted with graffiti*, THE DETROIT NEWS, (Dec. 17, 2022), https://perma.cc/WC68-JRXH; Luke Vander Ploeg & Addison Lathers, *Anti-Abortion Group in Wisconsin Is Hit by Arson, Authorities Say*, THE NEW YORK TIMES, (May 9, 2022), https://nyti.ms/4bSKezq. These documents speak for themselves and provide the best evidence of their contents.

259.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 259 of the Complaint. Paragraph 259 cites to Anna Skinner, *Shadowy Group Jane's Revenge Claims Attacks on Anti-Abortion Targets*, NEWSWEEK, (Oct. 21, 2022), https://perma.cc/XGY8-UKY4; Larry Celona, Tina Moore, and Amanda Woods, *Graffiti on NYC church warns: 'If abortion isn't safe, neither are you,* NEW YORK POST, (Jun. 27, 2022), https://perma.cc/88T8-VYEB; Ed Pilkington, *Fire at New York*

*anti-abortion facility investigated as suspected arson*, THE GUARDIAN, (Jun. 8, 2022), https://perma.cc/3BZC-TWDV. These documents speak for themselves and provide the best evidence of their contents.

260.    Paragraph 260 cites to Press Release, Office of the New York State Attorney General, Attorney General James Calls on Google to Address Dangerous Amplification of Fake Pregnancy Centers (Jun. 29, 2022), https://perma.cc/2GNT-DNJ5. This source speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 260 of the Complaint.

261.    Paragraph 261 cites to Press Release, Office of the New York State Attorney General, Attorney General James Calls on Google to Address Dangerous Amplification of Fake Pregnancy Centers (Jun. 29, 2022), https://perma.cc/2GNT-DNJ5. This source speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 261 of the Complaint.

262.    Paragraph 262 cites to NY AG James (@NewYorkStateAG), X (Jun. 29, 2022, 4:50 PM), https://perma.cc/5FAS-MQ3K. This source speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 262 of the Complaint.

263.    Paragraph 263 cites to Press Release, Office of the New York State Attorney General, Attorney General James Applauds Google for Improving Search Results for Individuals Seeking Abortion Care (Aug. 25, 2022), https://perma.cc/LB65-QD2G; and NY AG James (@NewYorkStateAG), X (Aug. 25, 2022, 4:06 PM), https://perma.cc/H9JC-KNCH. These sources speak for themselves and provide the best evidence of their contents. To the extent a

further response is required, Defendant denies the allegations contained in paragraph 263 of the Complaint.

264. Paragraph 264 cites to Attorney General Rob Bonta, State of California Office of the Attorney General, Open Letter from Attorneys General Regarding CPC Misinformation and Harm (Oct. 23, 2023), https://perma.cc/4SA5-9FXD. This source speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 264 of the Complaint.

265. Paragraph 265 cites to Attorney General Rob Bonta, State of California Office of the Attorney General, Open Letter from Attorneys General Regarding CPC Misinformation and Harm (Oct. 23, 2023), https://perma.cc/4SA5-9FXD. This source speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 265 of the Complaint.

266. Paragraph 266 cites to Attorney General Rob Bonta, State of California Office of the Attorney General, Open Letter from Attorneys General Regarding CPC Misinformation and Harm (Oct. 23, 2023), https://perma.cc/4SA5-9FXD; and Mitchell D. Creinin, et al., *Mifepristone Antagonization With Progesterone to Prevent Medical Abortion: A Randomized Controlled Trial*, 135 OBSTETRICS & GYNECOLOGY 1, 158165 (2020), https://perma.cc/U7TU-6BPG. These sources speak for themselves and provide the best evidence of their contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 266 of the Complaint.

267. Paragraph 267 cites to Attorney General Rob Bonta, State of California Office of the Attorney General, Open Letter from Attorneys General Regarding CPC Misinformation and Harm (Oct. 23, 2023), https://perma.cc/4SA5-9FXD. This source speaks for itself and provides

44

the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 267 of the Complaint.

268. Paragraph 268 appears to refer to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 268 of the Complaint.

269. Paragraph 269 cites the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 269 of the Complaint.

270. Paragraph 270 cites the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 270 of the Complaint.

271. Paragraph 271 appears to refer to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 271 of the Complaint.

272.     Paragraph 272 refers to the Attorney General's official X social media profile, @NewYorkStateAG. That source speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 272 of the Complaint.

273.     Paragraph 273 refers to the Attorney General's campaign X profile, @TishJames. That source speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 273 of the Complaint.

274.     Paragraph 274 refers to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations in paragraph 274.

275.     Paragraph 275 cites to *Highlights of Prescribing Information*, MIFEPREX (mifepristone) tablets, for oral use, U.S. FOOD AND DRUG ADMINISTRATION (Mar. 2016), https://perma.cc/4895-X457. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 275 of the Complaint.

276.     Paragraph 276 appears to refer to *Highlights of Prescribing Information*, MIFEPREX (mifepristone) tablets, for oral use, U.S. FOOD AND DRUG ADMINISTRATION (Mar. 2016), https://perma.cc/4895-X457. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 276 of the Complaint.

277.    Paragraph 277 appears to refer to *Highlights of Prescribing Information*, MIFEPREX (mifepristone) tablets, for oral use, U.S. FOOD AND DRUG ADMINISTRATION (Mar. 2016), https://perma.cc/4895-X457. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 277 of the Complaint.

278.    Paragraph 278 cites to Brief for the States of New York, et al. as Amici Curiae in Support of Applications for A Stay Pending Appeal to the United States Court of Appeals for the Fifth Circuit and Pending Further Proceedings in This Court, 2023 WL 3122098, *All. for Hippocratic Med. v. U.S. Food & Drug Admin.*, 78 F.4th 210, 222 (5th Cir.), *cert. granted sub nom. Food & Drug Admin. v. All. for Hippocratic Med.*, 144 S. Ct. 537 (2023), and *cert. granted sub nom. Danco Labs., L.L.C. v. All. for Hippocratic Med.*, 144 S. Ct. 537 (2023), *and cert. denied sub nom. All. for Hippocratic Med. v. Food & Drug Admin.*, 144 S. Ct. 537 (2023); and Press Release, Office of the New York State Attorney General, Attorney General James Leads Multistate Coalition to Fight Back Against Decision to Block Medication Abortion Access (Apr. 10, 2023), https://perma.cc/APA7-9BBS. These sources speak for themselves and provide the best evidence of their contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 278 of the Complaint.

279.    Paragraph 279 appears to refer to the complaint in *State v. Heartbeat International, Inc.*, Index No. 451314/2024 (Sup. Ct., New York Cty., May 6, 2024), attached as Exhibit T to the Complaint. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 279 of the Complaint.

280.    Paragraph 280 cites to Andrew Stanton, *Letitia James Goes to the Supreme Court*, NEWSWEEK, (Mar. 30, 2024), https://perma.cc/5ETH-6VYQ. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the allegations contained in paragraph 280 of the Complaint.

281.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 281 of the Complaint.

282.    Paragraph 282 cites to *How safe is the abortion pill?*, PLANNED PARENTHOOD, https://perma.cc/PWW2Q4AY. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the truth of the allegations contained in paragraph 282 of the Complaint.

283.    Paragraph 283 refers to *How safe is the abortion pill?*, PLANNED PARENTHOOD, https://perma.cc/PWW2Q4AY. That document speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the truth of the allegations contained in paragraph 283 of the Complaint.

284.    Paragraph 284 cites to *How safe is the abortion pill?*, PLANNED PARENTHOOD, https://perma.cc/PWW2Q4AY; and *Abortion Care at Planned Parenthood of Greater New York*, PLANNED PARENTHOOD OF GREATER NEW YORK, https://perma.cc/GS2Y-RWS4. Those documents speak for themselves and provide the best evidence of their contents. To the extent a further response is required, Defendant denies the truth of the allegations contained in paragraph 284 of the Complaint.

285.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 285 of the Complaint.

286.    Defendant lacks knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph 286 of the Complaint.

287.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 287 of the Complaint.

288.    Paragraph 288 cites to Florida Community Content Network, The Myth of Abortion "Reversal," FLORIDA ALLIANCE OF PLANNED PARENTHOOD AFFILIATES, INC., (Aug. 30, 2021), https://perma.cc/WAN5-FXNU. That source speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 288 of the Complaint.

289.    Paragraph 289 appears to refer to Florida Community Content Network, The Myth of Abortion "Reversal," FLORIDA ALLIANCE OF PLANNED PARENTHOOD AFFILIATES, INC., (Aug. 30, 2021), https://perma.cc/WAN5-FXNU. That source speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the truth of the allegations contained in paragraph 289 of the Complaint.

290.    As to the allegations contained in paragraph 290 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

291.    As to the allegations contained in paragraph 291 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

292.    Defendant lacks knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph 292 of the Complaint.

293.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 293 of the Complaint.

294.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 294 of the Complaint.

295.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 295 of the Complaint.

296.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 296 of the Complaint.

297.    Defendant denies the allegations contained in paragraph 297 of the Complaint.

298.    Paragraph 298 cites Reproductive Rights, OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL, https://perma.cc/6RCA-Q4NU. That source speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the truth of the allegations contained in paragraph 298.

299.    Paragraph 299 cites to Attorney General Rob Bonta, State of California Office of the Attorney General, Open Letter from Attorneys General Regarding CPC Misinformation and Harm (Oct. 23, 2023), https://perma.cc/4SA5-9FXD. That source speaks for itself and provides the best evidence of its contents. To the extent a further response is required, Defendant denies the truth of the allegations contained in paragraph 299.

300.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 300 of the Complaint.

301.    Defendant denies the allegations contained in paragraph 301 of the Complaint.

302.    As to the allegations contained in paragraph 302 of the Complaint, Defendant

50

neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

303.   As to the allegations contained in paragraph 303 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

304.   As to the allegations contained in paragraph 304 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

305.   As to the allegations contained in paragraph 305 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

306.   As to the allegations contained in paragraph 306 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

307.    As to the allegations contained in paragraph 307 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

308.    As to the allegations contained in paragraph 308 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

309.    As to the allegations contained in paragraph 309 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

310.    As to the allegations contained in paragraph 310 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

311.    With respect to paragraph 311 of the Complaint, Defendant restates and realleges all previous responses.

312.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 312 of the Complaint.

313.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 313 of the Complaint.

314.    Defendant lacks knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph 314 of the Complaint.

315. As to the allegations contained in paragraph 315 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

316. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 316 of the Complaint.

317. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 317 of the Complaint.

318. As to the allegations contained in paragraph 318 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

319. As to the allegations contained in paragraph 319 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

320. As to the allegations contained in paragraph 320 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies any

provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

321.    As to the allegations contained in paragraph 321 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

322.    As to the allegations contained in paragraph 322 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

323.    As to the allegations contained in paragraph 323 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

324.    As to the allegations contained in paragraph 324 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

325.    As to the allegations contained in paragraph 325 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

326.    As to the allegations contained in paragraph 326 of the Complaint, Defendant

neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

327. As to the allegations contained in paragraph 327 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

328. As to the allegations contained in paragraph 328 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

329. As to the allegations contained in paragraph 329 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

330. As to the allegations contained in paragraph 330 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

331. As to the allegations contained in paragraph 331 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

332.    As to the allegations contained in paragraph 332 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

333.    As to the allegations contained in paragraph 333 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

334.    As to the allegations contained in paragraph 334 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

335.    As to the allegations contained in paragraph 335 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

336.    As to the allegations contained in paragraph 335 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

337.    Defendant denies the allegations contained in paragraph 337 of the Complaint.

338.    As to the allegations contained in paragraph 338 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that

Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

339.    As to the allegations contained in paragraph 339 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

340.    Defendant denies the allegations contained in paragraph 340 of the Complaint.

341.    Defendant denies the allegations contained in paragraph 341 of the Complaint.

342.    As to the allegations contained in paragraph 342 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

343.    As to the allegations contained in paragraph 343 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

344.    As to the allegations contained in paragraph 344 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

345.    As to the allegations contained in paragraph 345 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case

law, or committed any other wrongdoing.

346.   As to the allegations contained in paragraph 346 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

347.   As to the allegations contained in paragraph 347 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

348.   As to the allegations contained in paragraph 348 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

349.   As to the allegations contained in paragraph 349 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

350.   As to the allegations contained in paragraph 350 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

351.     As to the allegations contained in paragraph 351 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

352.     As to the allegations contained in paragraph 352 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

353.     As to the allegations contained in paragraph 353 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

354.     As to the allegations contained in paragraph 354 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

355.     As to the allegations contained in paragraph 355 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most

accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

356.    As to the allegations contained in paragraph 356 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

357.    As to the allegations contained in paragraph 357 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

358.    As to the allegations contained in paragraph 358 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

359.    As to the allegations contained in paragraph 359 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

360.    As to the allegations contained in paragraph 360 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that

Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

361.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 361 of the Complaint.

362.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 362 of the Complaint.

363.   As to the allegations contained in paragraph 363 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

364.   As to the allegations contained in paragraph 364 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

365.   As to the allegations contained in paragraph 365 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

366.   As to the allegations contained in paragraph 366 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

367.   As to the allegations contained in paragraph 367 of the Complaint, Defendant

61

neither admits nor denies the allegations as they contain legal conclusions.  Denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

368.   As to the allegations contained in paragraph 368 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

369.   As to the allegations contained in paragraph 369 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

370.   As to the allegations contained in paragraph 370 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

371.   As to the allegations contained in paragraph 371 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

372.   As to the allegations contained in paragraph 372 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

373.     As to the allegations contained in paragraph 373 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

374.     As to the allegations contained in paragraph 374 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

375.     As to the allegations contained in paragraph 375 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

376.     With respect to paragraph 376 of the Complaint, Defendant restates and realleges all previous responses.

377.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 377 of the Complaint.

378.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 378 of the Complaint.

379.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 379 of the Complaint.

380.     As to the allegations contained in paragraph 380 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies

that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

381. As to the allegations contained in paragraph 381 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

382. As to the allegations contained in paragraph 382 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

383. As to the allegations contained in paragraph 383 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

384. As to the allegations contained in paragraph 384 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

385. As to the allegations contained in paragraph 385 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies

that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

386.    As to the allegations contained in paragraph 386 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

387.    As to the allegations contained in paragraph 387 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

388.    As to the allegations contained in paragraph 388 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

389.    As to the allegations contained in paragraph 389 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

390.    As to the allegations contained in paragraph 390 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

391. As to the allegations contained in paragraph 391 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

392. As to the allegations contained in paragraph 392 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

393. As to the allegations contained in paragraph 393 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

394. As to the allegations contained in paragraph 394 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

395. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 395 of the Complaint that relate to Plaintiffs' intended future actions. As to the remaining allegations contained in paragraph 395 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

396.    As to the allegations contained in paragraph 396 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

397.    As to the allegations contained in paragraph 397 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

398.    As to the allegations contained in paragraph 398 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

399.    As to the allegations contained in paragraph 399 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

400.    With respect to paragraph 400 of the Complaint, Defendant restates and realleges all previous responses.

401.    As to the allegations contained in paragraph 401 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that

Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

402. As to the allegations contained in paragraph 402 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

403. As to the allegations contained in paragraph 403 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

404. As to the allegations contained in paragraph 404 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

405. As to the allegations contained in paragraph 405 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

406. As to the allegations contained in paragraph 406 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions. Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or

68

case law, or committed any other wrongdoing.

407.     As to the allegations contained in paragraph 407 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

408.     As to the allegations contained in paragraph 408 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

409.     As to the allegations contained in paragraph 409 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

410.     As to the allegations contained in paragraph 410 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

411.     As to the allegations contained in paragraph 411 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant

69

respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

412.    As to the allegations contained in paragraph 412 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

413.    As to the allegations contained in paragraph 413 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

414.    As to the allegations contained in paragraph 414 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

415.    As to the allegations contained in paragraph 415 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most

70

accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

416.    As to the allegations contained in paragraph 416 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

417.    As to the allegations contained in paragraph 417 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

418.    As to the allegations contained in paragraph 418 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

419.    As to the allegations contained in paragraph 419 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that

71

Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

420.    As to the allegations contained in paragraph 420 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant respectfully refers the Court to the legal authority cited therein as the best evidence and most accurate version of its contents and denies any provision inconsistent therewith, and denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

421.    As to the allegations contained in paragraph 421 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

422.    Defendant admits that Defendant "deems these studies not to be sufficiently reliable." Defendant otherwise denies the allegations contained in paragraph 422 of the Complaint.

423.    Defendant denies the allegations contained in paragraph 423 of the Complaint.

424.    As to the allegations contained in paragraph 381 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

425.    As to the allegations contained in paragraph 425 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies

that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

426.    As to the allegations contained in paragraph 426 of the Complaint, Defendant neither admits nor denies the allegations as they contain legal conclusions.  Defendant denies that Defendant committed any action contrary to constitutional, federal, statutory, regulatory, or case law, or committed any other wrongdoing.

427.    With respect to the "PRAYER FOR RELIEF" clause of the Complaint, Defendant denies that the Plaintiff is entitled to any declaratory, injunctive, compensatory, punitive or any other relief.

428.    Defendant denies any other allegation in the complaint not specifically responded to above.

## DEFENSES

429.    The complaint fails to state a claim upon which relief can be granted, at least in part.

430.    Each of Plaintiffs' causes of action, separately and conjunctively, are barred by the Court's lack of subject matter jurisdiction over Plaintiffs' claims.

431.    Each of Plaintiffs' causes of action, separately and conjunctively, are not ripe for resolution by this Court.

432.    Each of Plaintiffs' causes of action, separately and conjunctively, are barred against the Attorney General for lack of standing.

433.    Each of Plaintiffs' causes of action, separately and conjunctively, are barred against the Attorney General by the doctrines of estoppel, waiver, and/or laches.

434.     Each of Plaintiffs' causes of action, separately and conjunctively cannot meet the standard for an injunction.

435.     Each of Plaintiffs' causes of action and pleas for relief, separately and conjunctively, are barred against the Attorney General due to sovereign immunity, except in so far as the relief request is consistent with *Ex Parte Young*, 209 U.S. 123 (1908).

436.     Defendant hereby demands a trial by jury.

**WHEREFORE,** Defendant respectfully asks that this Court deny the relief requested, dismiss the complaint, and grant such other relief as to the Court shall deem just and equitable.

DATED:      Buffalo, New York
            June 15, 2026

                                LETITIA JAMES
                                Attorney General of the State of New York
                                Attorney for Defendant

                                BY:  */s/ Daniel R. Maguire*
                                DANIEL R. MAGUIRE
                                Assistant Attorney General, of Counsel
                                350 Main Street
                                Main Place Tower, Suite 300A
                                Buffalo, New York 14202
                                (716) 853-8419
                                daniel.maguire@ag.ny.gov