

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

July 9, 2026

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

RE:    *NIFLA v. James*, Case No. 24-cv-514-JLS

Dear Judge Schroeder:

Defendant submits this letter in response to Plaintiffs' motion to opt out of ADR (ECF No. 73). Defendant does not oppose Plaintiffs' motion but disagrees with Plaintiffs' characterization of the parties' settlement negotiations to date. In those negotiations, Defendant proposed settlement terms that are consistent with the Second Circuit's decision on the preliminary injunction motion and not inconsistent with Defendant's ongoing litigation in state court.

While Defendant does not oppose Plaintiffs' motion, Defendant remains open to settlement discussions and believes that mediation may be productive.

Respectfully submitted,

*/s/ Daniel R. Maguire*
DANIEL R. MAGUIRE
Assistant Attorney General